**Opinion issued May 5, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-19-00518-CV

———————————

### SAMER ALSAILAWI, Appellant

### V.

### ELIZABETH LEAS, Appellee

---

### On Appeal from the 280th District Court
### Harris County, Texas
### Trial Court Case No. 2019-16052

---

### MEMORANDUM OPINION

This is an appeal from the trial court's protective order signed on June 26, 2019. Appellant's brief was originally due on September 26, 2019. This Court granted three extensions until February 20, 2020. On March 5, 2020, we issued a notice advising appellant that unless his brief was filed within ten days, we might

dismiss the appeal for want of prosecution. Appellant has neither timely filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (the appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.